NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DIGITAL CBT LLC,**
*Plaintiff-Appellant,*

**v.**

**AT&T SERVICES, INC.,**
*Defendant-Cross-Appellant,*

AND

**DOES, 1-10 INCLUSIVE,**
*Defendant.*

———————————

2014-1208, -1252, -1418

———————————

Appeals from the United States District Court for the Central District of California in No. 2:12-cv-06421-CJC-JPR, Judge Cormac J. Carney.

———————————

**ON MOTION**

———————————

**O R D E R**

Digital CBT, LLC moves without opposition to consolidate Appeal No. 2014-1418 with Appeal Nos. 2014-1208, -1252.  In Appeal Nos. 2014-1208, 1252, Digital CBT also

2                    DIGITAL CBT LLC v. AT&T SERVICES, INC.

moved to stay those appeals pending the district court's entry of the parties' stipulated final judgment. The district court has now entered that judgment.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. The appeals are consolidated, and the revised official caption is reflected above.

(2) The motion to stay is denied as moot.

(3) Appellant's opening brief shall be due no later than 30 days after the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30